UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APRIL HAND, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Commissioner of Social Security,[1] <br><br> Defendant. | CIVIL ACTION NO. 3:21-CV-00617 <br><br> (MEHALCHICK, M.J.) |

### ORDER

AND NOW, this 26th day of August, 2022, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that the Commissioner's decision to deny Hand benefits and income under Titles II of the Social Security Act (*see* Doc. 1, at 2) is **VACATED** and the case is **REMANDED** to the Commissioner to fully develop the record, conduct a new administrative hearing, and appropriately evaluate the evidence pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**

---

[1] The Court has amended the caption to replace, as the named defendant, Acting Social Security Commissioner Andrew Saul with his successor, Social Security Commissioner Kilolo Kijakazi. *See* Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party.").